CERTIFICATE OF PROCEEDINGS AP-75,878 ✓

CASE: 1002038   DATE: 9/21/15      DOCKET: 1002038D        CID: 0674102

DEFENDANT: WILKINS,CHRISTOPHER CHUBASCO              WARRANT:
MICRO:     WILKINS,CHRISTOPHER CHUBASCO   INDICTED: Y    DATE:  02/07/06

COURT:  D297                HEARD: _____    TRANSFER COURT: _____

CHOV: ___/___/___  I/O: ___  COUNTY: _____

CHARGE OFFENSE: 099920 CAPITAL MURDER        DATE: 10/28/05  LSR INC: ___

DISPOSITION OFFENSE: 099920    CAPITAL MURDER

PLEA:       _____          BOND TYPE: _____   FINE:     _____

DISP:       _____ ___/___/___   STATUS:   _____   CT COST:  _____

SENTENCE:   _____ ___/___/___   EVENT:    _____   MISC:     _____

ACTION:     _____ ___/___/___                          DUE:    ___/___/___

PROB (MOS): _____ ___/___/___   AMOUNT:   _____   PAID:     _____

                                  FORFEIT:  ___/___/___

INST VERD: _____       BONDSMAN: _____ _____
PROCEEDINGS: 9-21-15 Order withdrawing execution
date received 9-21-15 death warrant
for 10-28-15 recalled per order. Certified
copy to TCSO to deliver copy to TDCJ.

JUDGE/: _____     CLERK: _____
MAGISTRATE

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 25 2015

Abel Acosta, Clerk

SCANNED

NO. 1002038D

FILED
TARRANT COUNTY
2015 SEP 21 PM 2: 56
THOMAS A. WILDER
DISTRICT CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 297th JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| CHRISTOPHER CHUBASCO WILKINS | § | TARRANT COUNTY, TEXAS |

## ORDER WITHDRAWING EXECUTION DATE

On July 6, 2015, this Court signed an Order Setting Execution directing that the sentence of death assessed against the Defendant be carried out after 6:00 p.m. on October 28, 2015. On September 21, 2015, the State filed an Unopposed Motion to Withdraw Execution Date. The Court is of the opinion that the State's motion should be GRANTED.

It is hereby ORDERED that the Court's July 6, 2015, Order Setting Execution be WITHDRAWN and that the death warrant be RECALLED pursuant to TEX. CODE CRIM. PROC. 43.141(d) and (e).

It is further ORDERED that **immediately** after entry of this Order, the Clerk of this Court shall issue and deliver to the Sheriff of Tarrant County, Texas, a certified copy of this Order. The Sheriff of Tarrant County, Texas, is ORDERED, upon receipt of a certified copy of this Order to deliver it to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas, within three business days.

SIGNED AND ENTERED THIS 21 day of September, 2015.

JUDGE PRESIDING
297th Judicial District Court
Tarrant County, Texas

SCANNED

FILED
TARRANT COUNTY

2015 SEP 21 PM 12: 25

THOMAS A. WILDER
DISTRICT CLERK

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 297th JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| CHRISTOPHER CHUBASCO WILKINS | § | TARRANT COUNTY, TEXAS |

## STATE'S UNOPPOSED MOTION TO WITHDRAW EXECUTION DATE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the State of Texas, by and through the Criminal District Attorney of Tarrant County, Texas, and requests this Court to enter an order withdrawing the Defendant's execution date. The following allegations are made in support of this motion:

### I.

On June 23, 2015, the State filed a motion requesting this Court to enter an order setting an execution date in this cause. At a hearing with all parties present on July 6, 2015, the Court signed an order setting an execution date of October 28, 2015.

### II.

The State introduced DNA evidence at the Defendant's trial in this cause. The Texas Forensic Science Commission is in the process of addressing emerging issues involving the calculation of DNA population statistics and DNA mixture interpretation. The State has made written disclosures to counsel for the Defendant, Hilary Sheard, regarding these matters. While the State has no reason to believe that these DNA issues are material to or have any effect on the Defendant's conviction and death sentence, the State believes that a stay of the Defendant's currently scheduled execution should be

1



granted in order to allow the parties to more fully investigate these matters.

III.

The State has discussed this motion with Ms. Sheard, and she does not oppose it.

The State respectfully requests the Court to enter an order withdrawing its order setting the Defendant's execution date of October 28, 2015, and recalling the death warrant.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

DEBRA WINDSOR
Assistant Criminal District Attorney
Chief of Post-conviction

HELENA F. FAULKNER
Assistant Criminal District Attorney
State Bar No. 06855600
401 W. Belknap
Fort Worth, Texas 76196-0201
(817) 884-1685
FAX (817) 884-1672

## CERTIFICATE OF SERVICE

A true copy of the State's motion has been mailed to the Defendant's attorney of record, Hilary Sheard, 7421 Burnet Road #300-512, Austin, Texas, 78757; and Jeremy Greenwell, Assistant Texas Attorney General, Post-conviction Litigation Division, P.O. Box 12548, Austin, Texas, 78711-2548, on September 21, 2015.

HELENA F. FAULKNER

NO. 1002038D

| THE STATE OF TEXAS | § | IN THE 297th JUDICIAL |
| | § | |
| V. | § | DISTRICT COURT OF |
| | § | |
| CHRISTOPHER CHUBASCO WILKINS | § | TARRANT COUNTY, TEXAS |

## ORDER WITHDRAWING EXECUTION DATE

On July 6, 2015, this Court signed an Order Setting Execution directing that the sentence of death assessed against the Defendant be carried out after 6:00 p.m. on October 28, 2015. On September 21, 2015, the State filed an Unopposed Motion to Withdraw Execution Date. The Court is of the opinion that the State's motion should be GRANTED.

It is hereby ORDERED that the Court's July 6, 2015, Order Setting Execution be WITHDRAWN and that the death warrant be RECALLED pursuant to TEX. CODE CRIM. PROC. 43.141(d) and (e).

It is further ORDERED that **immediately** after entry of this Order, the Clerk of this Court shall issue and deliver to the Sheriff of Tarrant County, Texas, a certified copy of this Order. The Sheriff of Tarrant County, Texas, is ORDERED, upon receipt of a certified copy of this Order to deliver it to the Director of the Institutional Division of the Texas Department of Criminal Justice, Huntsville, Texas, within three business days.

SIGNED AND ENTERED THIS ___ day of September, 2015.

_____
JUDGE PRESIDING
297th Judicial District Court
Tarrant County, Texas



## SHAREN WILSON
Criminal District Attorney
Tarrant County



FILED
TARRANT COUNTY
2015 SEP 21 PM 12: 25
THOMAS A. WILDER
DISTRICT CLERK

September 21, 2015

Ms. Hilary Sheard
7301 Burnet Road # 300-512
Austin, Texas 78757

> Re: The State of Texas v. Christopher Chubasco Wilkins, No. 1002038D
> State's Disclosure Regarding Dr. Lloyd White

Dear Ms. Sheard:

Please be advised of the following information regarding Dr. Lloyd White, the deputy medical examiner who testified at Mr. Wilkins' trial in this cause:

- Dr. White has not been employed with the Tarrant County Medical Examiner's Office since September 1, 2013.

- The Tarrant County Criminal District Attorney's Office no longer sponsors Dr. White as a witness.

- The District Attorney's offices in Randall, Wichita, and Denton counties will not sponsor Dr. White as a witness.

- Dr. White testified for the defense at a habeas proceeding on February 28 and 29, 2012, in *Ex parte Larry Ray Swearingen*, cause number 99-11-06435-CR, in the 9th Judicial District Court of Montgomery County, Texas. On October 1, 2012, the presiding judge entered a written finding of fact that Dr. White's testimony "was not credible."

- Dr. White was placed on deferred adjudication on March 27, 2007, for the misdemeanor offense of harassment in cause number 2007-5287-2 in the County Court at Law No. 2 of Randall County, Texas. On June 11, 2008, the court entered an order granting Dr. White's motion for

SCANNED

early termination of his deferred adjudication probation, found Dr. White to be not guilty, and dismissed the case against him.

- Dr. White had his parental rights terminated in a jury trial in the County Court at Law of Randall County, Texas, in cause number L-3592. The presiding judge signed an Order of Termination on August 4, 2005, and a Nunc Pro Tunc Order of Termination on August 5, 2005.

The Criminal District Attorney's Office neither stipulates nor concedes that the information which is the subject of this disclosure would be admissible for any purpose, including impeachment, or that such information would have had any effect on Mr. Wilkins' conviction or death sentence.

Sincerely,

SHAREN WILSON
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

HELENA F. FAULKNER
Assistant Criminal District Attorney
State Bar No. 06855600